Genevieve Layton, Appellant, v. George H. Layton, Appellee.

Gen. No. 46,621.    (Abstract of Decision.)

First District, Third Division.

May 23, 1956.

Released for publication June 13, 1956.

George Yellen, for appellant. Denenberg and Notkin, for appellee; Joseph B. Denenberg, and Nathan T. Notkin, of counsel. Opinion by JUDGE FEINBERG. Not to be published in full.